UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LUIS ALFONSO CLAVIJO,<br>Defendant | Case No.2:24-CR-00016-LK-10<br>ORDER GRANTING MOTION TO CONTINUE SENTENCING DATE<br>~~(Proposed)~~ |

This matter having come on upon Defendant's Motion to Continue Sentencing Date (ECF 238) and the government having no opposition to the request as stated herein and having reviewed the reasons stated herein, the motion should be granted, now and therefore it is hereby:

ORDERED that the Sentencing Hearing shall be set for September 14, 2026, at 1:00 pm.

Although the Court generally "must impose sentence without unnecessary delay," it "may, for good cause," deviate from the time limits prescribed by the Federal Rules of Criminal Procedure. Fed. R. Crim. P. 32(b); *see* CrR 32(i)(1)(B). The Court finds good cause to continue the sentencing hearing by 12 days to accommodate defense counsel's international travel.

Done this 11th day of August, 2026.

Lauren King
LAUREN KING
United States District Judge

Presented by:

*s/Nicholas Marchi*
Nicholas Marchi, WSBA 19982
CARNEY & MARCHI
Attorneys for Defendant